# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cameron Scott McClain,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                      3:12cv5

United States Of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/1/12 Order.

Signed: February 1, 2012

Frank G. Johns, Clerk
United States District Court